71642. COLLINS v. INTERNATIONAL INDEMNITY COMPANY.
(354 SE2d 29)

DEEN, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court in *Collins v. Intl. Indem. Co.*, 256 Ga. 493 (349 SE2d 697) (1986), our decision in *Collins v. Intl. Indem. Co.*, 178 Ga. App. 597 (344 SE2d 427) (1986) is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Birdsong, C. J., McMurray, P. J., Banke, P. J., Carley, Sognier, Pope, Benham and Beasley, JJ., concur.*

DECIDED FEBRUARY 9, 1987.

*Clarence L. Martin*, for appellant.
*J. Loren Fowler, Michael L. Wetzel*, for appellee.